IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | No. C 14-05474 EJD (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| THE STATE OF WASHINGTON, et al., | |
| Defendants. | |

Plaintiff, a pre-trial detainee at the Washington State Penitentiary proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against state and federal officials for unlawful prison conditions and continued detention. Plaintiff also seeks damages for his unlawful confinement following his capture in U.S. waters by State of Washington officials. Because the acts complained of occurred in Walla Walla County, which lies within the venue of the Eastern District of Washington, see 28 U.S.C. § 128(a), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of Washington. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of Washington.

DATED: 1/22/2015

EDWARD J. DAVILA
United States District Judge

Order of Transfer
P:\PRO-SE\EJD\CR.14\05474Demos_transfer(WA).wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN ROBERT DEMOS, JR.,

        Plaintiff,

  v.

THE STATE OF WASHINGTON, et al.,

        Defendants.

Case Number: CV14-05474 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/22/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Robert Demos 287455/R-A-3-9
Washington State Penitentiary
1313 North 13th Street
P. O. Box 520
Walla Walla, WA 99362

Dated: 1/22/2015

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk